1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ANNABELLE J. YANG
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8946
       Facsimile: (415) 744-0134
7      E-Mail: Annabelle.Yang@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KELLY LYNETTE MITCHELL, ) | CIVIL NO. 2:12-cv-00358-CMK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 14 days to respond to Plaintiff's Opening Brief up to and including October 24, 2012. This extension is being sought because the undersigned counsel for the Commissioner is a new attorney who is being mentored on this and other matters. Given this situation, Counsel respectfully requests that 14 additional days are necessary in order to complete the Commissioner's response to Plaintiff's Opening Brief.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 9, 2012

*/s/ Ann M. Cerney*
ANN M. CERNEY
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: October 4, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 9, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE